**Pamela Maria JONES, Plaintiff—Appellant,**

**v.**

**FAMILY HEALTH CENTERS, INCORPORATED; Arthur Kennedy, Vice President of Clinical Affairs; Al Hanna, Vice President of Human Resources; Carolyn Emmanuel McClain, CEO and President, Defendants—Appellees.**

No. 03–2268.

United States Court of Appeals, Fourth Circuit.

Submitted March 31, 2004.

Decided June 4, 2004.

Pamela Maria Jones, Appellant pro se.

Brent Morris Boyd, Sweeny, Wingate & Barrow, P.A., Columbia, South Carolina; John Robert Murphy, John Martin Grantland, Murphy & Grantland, P.A., Columbia, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pamela Maria Jones appeals the district court's order accepting the recommendation of the magistrate judge granting summary judgment to Defendants on her claims of failure to accommodate, gender discrimination, retaliation, constructive discharge, hostile work environment, and state law claims. She also appeals the district court's denial of her motions to vacate, and for protective and restraining orders. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jones v. Family Health Ctrs., Inc.,* No. CA–01–4796 (D.S.C. Aug. 12 & Sept. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*